# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 26, 2021

162287-8

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

ADVISACARE HEALTHCARE
SOLUTIONS, d/b/a ADVISACARE,
      Plaintiff-Appellant,

v

AUTO-OWNERS INSURANCE COMPANY,
      Defendant-Appellee.

SC: 162287-8
COA: 349756, 350221
Kent CC: 18-000792-NF

_____/

      On order of the Court, the application for leave to appeal the October 15, 2020 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 26, 2021

b0519



Clerk